IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
MICHAEL B. WOOLMAN,          )
                             )
              Plaintiff,     )         4:15CV3093
                             )
         v.                  )
                             )
IGA,                         )         MEMORANDUM OPINION
                             )
              Defendant.     )
_____)
```

Michael Woolman filed this action on August 7, 2015. He seeks leave to proceed in forma pauperis (Filing No. 2). Accordingly, the Court will conduct an initial review of Woolman's complaint to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

## I. APPLICABLE LEGAL STANDARDS ON INITIAL REVIEW

The Court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. See 28 U.S.C. § 1915(e). The Court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

Federal district courts are courts of limited jurisdiction. Federal district courts have original jurisdiction of civil actions where complete diversity of citizenship and an

amount in excess of $75,000 (exclusive of interest and costs) in controversy exist. 28 U.S.C. § 1332. Federal district courts also "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## II. DISCUSSION

Woolman's complaint is labeled "PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER." (Filing No. 1 at CM/ECF p. 1.) Woolman seeks a protection order against the defendant, a private company, in accordance with Neb. Rev. Stat. § 28-311.09, which permits victims of harassment to obtain protection orders under Nebraska state law. Such petitions must be filed in Nebraska's state courts. *See* Neb. Rev. Stat. §§ 25-2740 and 28-311.09. Thus, Woolman's complaint will be dismissed for failure to state a claim on which relief may be granted. However, the complaint will be dismissed without prejudice to Woolman seeking a protection order as authorized by Nebraska law in Nebraska's

state courts. A separate order will be entered in accordance with this memorandum opinion.

    DATED this 11th day of August, 2015.

               BY THE COURT:

               /s/ Lyle E. Strom
               _____
               LYLE E. STROM, Senior Judge
               United States District Court

---

    * This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.